IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ANASTACIO PEREZ**, and **JAVIER ESPINO**, on behalf of themselves and all other employees similarly situated, known and unknown,<br><br>                Plaintiffs,<br>v.<br><br>**TIGER AUTO PARTS, INC.**, an Illinois corporation, **HECTOR HERNANDEZ**, individually, and **JEAN HERNANDEZ**, individually.<br><br>                Defendants. | No. 11 CV 4166<br><br>Judge Gottschall<br><br>Magistrate Judge Keys |

## MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFFS

The plaintiffs' attorneys move this Court for leave to withdraw as counsel for the plaintiffs in the captioned case. In support, the undersigned states as follows.

1. An irreconcilable difference of opinion regarding certain matters that are central to the prosecution of the captioned case has arisen between the plaintiff, ANASTACIO PEREZ, and his attorneys, Roy P. Amatore, Paul Luka and Amatore & Associates, P.C.

2. The aforesaid difference of opinion has made continued representation of ANASTACIO PEREZ in the captioned case impossible or impractical.

3. Certain logistical considerations have made effective representation of JAVIER ESPINO impossible or impractical.

WHEREFORE, the plaintiffs' attorneys of record, Roy P. Amatore, and Paul Luka, pray that this Court will allow them to withdraw as counsel for the plaintiffs in the captioned case.

                                      Respectfully submitted,

                                      /s/Paul Luka
                                      One of the Plaintiffs' Attorneys

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street · Suite 400
Chicago, IL 60603
312.236.9825